| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Harwell, Robert B | 2. Court or Organization<br><br>U.S. District Court of S.C. | 3. Date of Report<br><br>5/08/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>401 West Evans Street<br>McMillan Federal Bldg<br>Florence, SC 29501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | ██████Farms and Investment, Inc. |
| 2. | Officer/Director | ██████Properties, Inc. |
| 3. | Officer/Director | ██████Development Co., Inc. |
| 4. | Trustee | Trust #1 |
| 5. | Custodian | Custodial Account #1 |
| 6. | Custodian | Custodian Account #2 |
| 7. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 7/9/04 | Ballenger, Barth & Hoefer, LLP- My law partners and I have agreed that I will be paid 25% of the contingent fees generated on specifically |
| 2. | | designated files existing at the time of my departure (June 25, 2004) for my interest in my former law practice |
| 3. | | |

RECEIVED 2007 MAY 14 A 9: 46 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | US District Court | $ 153,207 |
| 2. 2006 | Ballenger, Barth & Hoefer, LLP (per agreement for interest in lawfirm-SeePart II) | $ 79,547 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab/Sweep Acct | C | Interest | L | T | | | | | |
| 2. Common WB | B | Dividend | M | T | | | | | |
| 3. Common WFC | A | Dividend | J | T | | | | | |
| 4. Common ALV (X) | A | Dividend | J | T | | | | | |
| 5. Common R&H (X) | A | Dividend | J | T | | | | | |
| 6. Common TSFG | C | Dividend | L | T | | | | | |
| 7. Wachovia Accts | C | Interest | M | T | | | | | |
| 8. BB&T Accts | E | Interest | O | T | | | | | |
| 9. First Reliance Accts | D | Interest | M | T | | | | | |
| 10. ▮▮▮Farms & Investment 12 1/2% 12/31/04 compiled ▮▮▮ | | None | K | U | | | | | |
| 11. ▮▮▮Properties, Inc 12 1/2% 12/31/04 compiled ▮▮▮ | E | Distribution | J | T | | | | | |
| 12. ▮▮▮Devel Co.,Inc. 12 1/2% compiled 12/31/04 ▮▮▮ | E | Distribution | L | U | | | | | |
| 13. PCDG, LLC (10%) 1998 & 2000 ▮▮▮ | | None | K | R | | | | | |
| 14. Charles Schwab IRA #1 | C | Dividend | M | T | | | | | |
| 15. -Cash Fund | | None | | | | | | | |
| 16. -DFA Intl Small Co Port | | None | | | | | | | |
| 17. -DFA Intl Value III Port | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -DFA Large Cap Intl Port | | None | | | | | | | |
| 19. -DFA Large Cap Value III Port | | None | | | | | | | |
| 20. -DFA US Large Co Instl Index Port | | None | | | | | | | |
| 21. -DFA US Small Cap Port | | None | | | | | | | |
| 22. -DFA US Small Cap Value | | None | | | | | | | |
| 23. Charles Schwab IRA#2 | D | Dividend | N | T | | | | | |
| 24. -Cash Fund | | None | | | | | | | |
| 25. -DFA Intl Small Co Port | | None | | | | | | | |
| 26. -DFA Intl Value III Port | | None | | | | | | | |
| 27. -DFA Large Cp Intl Port | | None | | | | | | | |
| 28. -DFA Large Cap Value III | | None | | | | | | | |
| 29. -DFA US Lg Co. Inst Index Port | | None | | | | | | | |
| 30. -DFA US Small Cap Port | | None | | | | | | | |
| 31. -DFA US Small Cap Value | | | | | | | | | |
| 32. Charles Schwab IRA#3 | A | Dividend | K | T | | | | | |
| 33. -Cash fund | | | | | | | | | |
| 34. -DFA US Small Cap Port | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust #1 | C | Dividend | M | T | | | | | |
| 36. -Cash Fund | | | | | | | | | |
| 37. -BB&T Corp | | | | | | | | | |
| 38. -Vanguard short-term treasury | | None | | | | | | | |
| 39. Berkeley Co SC Zero 6/1/12 | C | Interest | L | T | | | | | |
| 40. Clemson University, SC Zero 5/1/10 | B | Interest | L | T | | | | | |
| 41. Peidmont Mun. Power Zero 1/1/08 | A | Interest | J | T | | | | | |
| 42. Piedmont Mun. Power Zero 1/1/13 | A | Interest | J | T | | | | | |
| 43. Piedmont Mun. Power Zero 1/1/13 | A | Interest | K | T | | | | | |
| 44. Piedmont Mun. Power Zero 1/1/13 | B | Interest | L | T | | | | | |
| 45. Piedmont Mun Power Zero 1/1/15 | C | Interest | L | T | | | | | |
| 46. Richland Co SC Zero 8/1/09 | B | Interest | L | T | | | | | |
| 47. Richland Co SC Zero 8/1/07 | A | Interest | J | T | | | | | |
| 48. SC Zero 7/1/12 | B | Interest | L | T | | | | | |
| 49. Three Rivers Solid Zero 1/1/09 | A | Interest | K | T | | | | | |
| 50. Three Rivers Solid Zero 1/1/11 | B | Interest | K | T | | | | | |
| 51. Three Rivers Solid Zero 1/1/12 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/08/2007 |

## VII. INVESTMENTS and TRUSTS _-- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Three Rivers Solid Zero 1/1/13 | B | Interest | K | T | | | | | |
| 53. DFA Tax Man US Mktwde | A | Dividend | K | T | | | | | |
| 54. Rental Prop N Myrtle Beach,SC (2003,$238,600) | D | Rent | M | R | | | | | |
| 55. Rental Propety #2 Snowshoe, WVa (2003 $175,000) | D | Rent | M | R | Sold | 2/7 | N | G | Mark Grimmett |
| 56. ████████Prop (Cherry Grove, SC) 49% ($243,000) | | None | M | U | | | | | |
| 57. on 2004 tax return) | | | | | | | | | |
| 58. College Bound Fund #1 | A | Dividend | K | T | | | | | See note 2 |
| 59. -CBF Appreciation Port Alt Bx | | None | | | | | | | |
| 60. College Bound Fund #2 | A | Dividend | K | T | | | | | See note 2 |
| 61. -CBF Appreciation Port Alt BX | | None | | | | | | | |
| 62. Future Scholar #1 | A | Dividend | J | T | | | | | See note 2 |
| 63. -Bond Port-A | | | | | | | | | |
| 64. -Large Cap Core Port-A | | | | | | | | | |
| 65. -Mid Cap Growth Port-A | | | | | | | | | |
| 66. -Small Cap Growth Port-A | | | | | | | | | |
| 67. Future Scholar #2 | A | Dividend | J | T | | | | | See note 2 |
| 68. -Bond Port-A | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 5/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Large Cap Core Port-A | . | | | | | | | | |
| 70. -Mid Cap Grow Port-A | | | | | | | | | |
| 71. -Small Cap Growth Port-A | | | | | | | | | |
| 72. ▇▇▇▇▇ Florence, SC (1999 $125,000) | | None | M | R | | | | | |
| 73. Custodial Account#1"X" | A | Dividend | K | T | | | | | |
| 74. -Common TSFG | | | | | | | | | |
| 75. Custodial Acct#2 "(X)" | A | Dividend | K | T | | | | | |
| 76. -Common TSFG | | | | | | | | | |
| 77. Cypress Bend, Florence, SC (2006 $70,000) | | None | L | R | Prop Exchang | 3/28 | | | ▇▇▇▇▇▇ |
| 78. SC Tuition Prepayment Program #1 | | Interest | J | T | | | | | See note 1 |
| 79. S C Tuition Prepayment Program #2 | | None | J | T | | | | | See note 1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Inadvertently omitted in listing of assets in previous year's reporting.
(2) Error in reporting assets in previous years' reporting.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur [redacted]          Date  May 8, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544